In the Matter of JEANNETTE ZUCKMAN, Appellant. DIRECTOR OF HARLEM VALLEY HOSPITAL, Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Benjamin, JJ., concur.

ARTHUR KRONER, Respondent, v. LYNN A. FLORA et al., Appellants.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.